THE PEOPLE OF THE STATE OF NEW YORK ex rel. FERRIS SINGLETON, Appellant, against JOHN T. HANLEY, as Sheriff of the County of Bronx, et al., Respondents.

Submitted May 16, 1938; decided May 24, 1938.

*Samuel J. Foley, District Attorney (Sol. Boneparth* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.